In the Court of Criminal Appeals
No. _____

PD-1114-15

ABELINO Hernandez, Petitioner

V.

State of Texas.

FILED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

Motion For extension of time

Petitioner files his first motion for Extension of time and asked the court to consider its facts:

I

Appellant/Petitioner files his first motion for extension of time because his deadline to file Petition for review is the 21st of August 2015.

Petitioner is respectfully requesting that he be granted 40 days of extended time to obtain Assistance in filing his Petition As he is a Layman and seeks Assistance from Tracey W. murphy #835347 housed on Beto one, 1391 f.m. 3328, Tennessee Colony, Texas 75880.

Petitioner seeks the time sought to research the law, facts and layout his Petition for review, Petitioner only has one Petition for extension of time presented here. This motion is not to delay the courts Proceedings or obstruct Justice.

Petitioner, Prays this Honorable court Grant his Petition (motion) for 40 days so that his Assistant Tracey murphy court file a reasonable Petition for review with court.

Respectfully submitted
ABELINO Hernandez
Petitioner Pro Se
Tracey W. murphy #835347

Legal Assistant
Beto one Unit
1391 f.m. 3391
Tennessee Colony Texas
75880

Certificate of Service

I, ABELINO Hernandez no. 01954219, being
hereby verified that a True and correct copy of
this motion for Extension of time has been
served this 19 day of AUG 2015 addressed To:

Abel Acosta Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Sta.
Austin, Texas 78701-1445

Abelino Hernandez
Petitioner    Prose

Tracey Murphy
Legal Assistance    Prose